Printed on: 01/12/2018  
ISABEL C. BALBOA [*ICB-99001-00*]  
Page 1 of 2

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2017 to 12/31/2017  
**Case Number: 17-23830 (JNP)**

Ernest C. Young  
420 Myrtle Avenue  
Lindenwold, NJ  08021

Monthly Payment: $502.00  
Payments / Month: 1  
Current Trustee Comp.: 7.80%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 08/02/2017 | $500.00 | 09/05/2017 | $500.00 | 10/02/2017 | $500.00 | 11/06/2017 | $502.00 |
| 12/04/2017 | $502.00 | | | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | ERNEST C. YOUNG | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | NONA L. OSTROVE, ESQUIRE | 13 | $2,500.00 | $2,308.68 | $191.32 | $1,845.84 |
| 1 | ALLY FINANCIAL | 24 | $275.72 | $0.00 | $275.72 | $0.00 |
| 2 | APEX ASSET MANAGEMENT, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | ARCADIA RECOVERY BUREAU, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | CAPITAL ONE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | COLONIAL SAVINGS, F.A. | 24 | $12,484.75 | $0.00 | $12,484.75 | $0.00 |
| 6 | COLONIAL SAVINGS F.A. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | COMENITY BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | CREDIT ONE BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | DANA B. OSTROVSKY, ESQ. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | DAVID CUNEO, ESQ. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | EMERG PHY ASSOC OF S. JERSEY, PC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | EYE PHYSICIANS PC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | LVNV FUNDING, LLC | 33 | $1,135.47 | $0.00 | $1,135.47 | $0.00 |
| 14 | FIDELITY NATIONAL TITLE INSURANCE CO. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | FIDELITY NATIONAL TITLE INSURANCE CO. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | PREMIER BANKCARD, LLC | 33 | $660.02 | $0.00 | $660.02 | $0.00 |
| 17 | GEM AMBULANCE SERVICE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | JEWELL DEVEREAUX II | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | KML LAW GROUP, P.C. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | KAYLA GAMAR-YOUNG | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | LVNV FUNDING, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | PENNSTAR | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | PHOENIX FINANCIAL SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $647.10 | $0.00 | $647.10 | $0.00 |
| 25 | SIMONS AGENCY INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | U.S. TRUSTEE. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | VALENTINE & KEBARTAS, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 28 | WEBBANK/FINGERHUT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | NONA OSTROVE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | ARCADIA RECOVERY BUREAU, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | CAPITAL ONE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33 | PREMIER BANKCARD, LLC | 33 | $1,035.40 | $0.00 | $1,035.40 | $0.00 |
| 34 | LVNV FUNDING, LLC | 33 | $727.53 | $0.00 | $727.53 | $0.00 |
| 35 | AMERICAN MEDICAL COLLECTION AGENCY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 36 | C&H COLLECTION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 37 | COOPER UNIVERSITY HEALTH CARE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38 | COOPER UNIVERSITY HEALTH CARE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39 | JOHN D. KERNAN DMD | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 08/01/2017 | 1.00 | $0.00 |
| 09/01/2017 | Paid to Date | $1,000.00 |
| 10/01/2017 | 34.00 | $502.00 |
| 08/01/2020 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $2,504.00 |
| Total paid to creditors this period: | $1,845.84 |
| Undistributed Funds on Hand: | $462.84 |
| Arrearages: | $2.00 |
| Attorney: | NONA L. OSTROVE, ESQUIRE |

Case 17-23830-JNP    Doc 22    Filed 01/21/18    Entered 01/21/18 22:09:45    Desc Main

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**