UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICES OF NONA L. OSTROVE, LLC
1000 White Horse Road, Suite 703
Voorhees, NJ 08043
By: Nona L. Ostrove, Esq.
Attorney for Ernest C. Young, Debtor
856-566-4200; Fax 856-566-4203

In Re:

Ernest C. Young

Case No.: 17-23830

Judge: JNP

Chapter: 13

## APPLICATION FOR RETENTION OF PROFESSIONAL

1. The applicant, __Ernest C. Young__, is the (check all that apply):

   ☐ Trustee:    ☐ Chap. 7    ☐ Chap. 11    ☐ Chap. 13.

   ☒ Debtor:     ☐ Chap. 11   ☒ Chap. 13

   ☐ Official Committee of _____

2. The applicant seeks to retain the following professional __David K. Cuneo__ to serve as (check all that apply):

   ☐ Attorney for:    ☐ Trustee    ☐ Debtor-in-Possession

   ☐ Official Committee of _____

   ☐ Accountant for:    ☐ Trustee    ☐ Debtor-in-possession

   ☐ Official Committee of _____

☒ Other Professional:

    ☐ Realtor      ☐ Appraiser      ☒ Special Counsel

    ☐ Auctioneer      ☐ Other (specify): _____

3. The employment of the professional is necessary because:
   The debtor has a personal injury lawsuit pending

4. The professional has been selected because:
   He has experience in handling personal injury matters

5. The professional services to be rendered are as follows:
   Representation of debtor in connection with case pending under Docket NO. L-965-18 and related proceedings

6. The proposed arrangement for compensation is as follows:
   Contingent fee arranagement pursuant to New Jersey court rules as per retainer agreement attached hereto

7. To the best of the applicant's knowledge, the professional's connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

   ☒ None

   ☐ Describe connection: _____

8. To the best of the applicant's knowledge, the professional (check all that apply):

  ☒ does not hold an adverse interest to the estate.

  ☒ does not represent an adverse interest to the estate.

  ☒ is a disinterested person under 11 U.S.C. § 101(14).

  ☒ does not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which he/she will be retained under 11 U.S.C. § 327(e).

  ☐ Other; explain: _____
  _____
  _____

9. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows: _____
_____
_____

The applicant respectfully requests authorization to employ the professional to render services in accordance with this application, with compensation to be paid as an administrative expense in such amounts as the Court may determine and allow.

Date: 06/20/2018            /s/Ernest Young
                            Signature of Applicant

*rev.8/1/15*