UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Offices of Nona L. Ostrove, LLC
1000 White Horse Road, Suite 703
Voorhees, NJ  08043
(856) 566-4200; FAX (856) 566-4203
By:  Nona L. Ostrove, Esq. NO 2942

In Re:

Ernest C. Young

Case No.: 17-23830

Chapter: 13

Adv. No.: 

Hearing Date: 

Judge: JNP

# CERTIFICATION OF SERVICE

1. I, _____John Sigman_____ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for _____Nona L. Ostrove_____, who represents _____debtor_____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On _____June 28, 2018_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Application for Retention of Special Counsel, Certification of David Cuneo, and proposed form of Order

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:  06/28/2018

/s/ John Sigman
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Ally Financial<br>PO Box 130424<br>Roseville, MN 55113-0004 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| J. David Motley, President of Banking and Mortgage Operations<br>Colonial Savings, F.A.<br>2626 West FWY<br>Fort Worth, TX 76102 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Denise Carlon, Esq.<br>KML Law Group, P.C.<br>216 Haddon Ave.<br>Suite 406<br>Collingswood, NJ 08108 | Attorneys for Colonial Savings F.A. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Isabel Balboa<br>Cherry Tree Corporate Center<br>535 Route 38, Suite 580<br>Cherry Hill, NJ 08002 | Chapter 13 Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Ernest C. Young<br>420 Myrtle Ave.<br>Lindenwold, NJ 08021 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |