UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICES OF NONA L. OSTROVE, LLC
1000 White Horse Road, Suite 703
Voorhees, NJ 08043
By:  Nona L. Ostrove, Esq.
Attorney for Ernest C. Young, Debtor
856-566-4200; Fax 856-566-4203

Order Filed on July 6, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:
Ernest C. Young

Case No.: 17-23830

Chapter: 13

Judge: JNP

---

## ORDER AUTHORIZING RETENTION OF

David K. Cuneo, Esq.

The relief set forth on the following page is **ORDERED**.

**DATED: July 6, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain ___David K. Cuneo, Esq.___
as ___Special Counsel___, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: 885 Haddon Ave.
Collingswood, NJ 08108

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Ernest C Young  
       Debtor

Case No. 17-23830-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Jul 06, 2018  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2018.  
db         +Ernest C Young,    420 Myrtle Ave.,    Lindenwold, NJ 08021-1748

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                  TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2018                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2018 at the address(es) listed below:  
         Brian C. Nicholas    on behalf of Creditor    Colonial Savings, F.A. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
         David K Cuneo    on behalf of Debtor Ernest C Young cuneoesq@gmail.com  
         Denise E. Carlon    on behalf of Creditor    Colonial Savings, F.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Kevin Gordon McDonald    on behalf of Creditor    Colonial Savings, F.A. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Nona Ostrove    on behalf of Debtor Ernest C Young nostrove@ostrovelaw.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                   TOTAL: 8