UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on July 25, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

LAW OFFICES OF NONA L. OSTROVE, LLC
1000 White Horse Road, Suite 703
Voorhees, NJ  08043
(856) 566-4200; FAX (856) 566-4203
Attorneys for Debtor
By:  Nona L. Ostrove, Esq. NO2942

|  |  |
|---|---|
| In re: | : |
|  | : IN BANKRUPTCY |
| Ernest C. Young | : CHAPTER 13 |
|  | : |
|  | : CASE NO.  17-23830/JNP |
| Debtor | : |
|  | : Hearing Date: |

### CONSENT ORDER FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through _____ is
hereby **ORDERED.**


**DATED: July 25, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)
Debtor: Ernest C. Young

Case No: 17-23830/JNP

Caption of Order: CONSENT ORDER FOR RELIEF FROM STAY

This matter having come before this court on the Consent of all parties hereto and it appearing that the debtor is a named defendant in the following lawsuits that have been filed arising out of an automobile accident on March 19, 2016;:

a.     Dajavae Weeks. v. Regina M. DiMatteo, et. al.
       Docket No. L-1046-18

b.     New Jersey Manufacturers Ins. Co. v. Kayla Gamar-Young, et. al.
       Docket No. L-60-18 (Current lead case).

c.     Kayla Gamar Young, individually and as guardian for AY, a minor v.
       Mallon, et. al. Docket No. L-822-18

d.     Regina M. DiMatteo v. Young et. al.
       Docket No. L-000901-18

and It further appearing the Ernest Young filed his own personal injury lawsuit against Mason Mallon, Cornelius Mallon, Docket No. 965-18 et. al.; and

It further appearing that monies from Mr. Young's insurance policy have been or are about to be deposited into escrow by New Jersey Manufacturers Insurance Company;

It is on this 25th day of July , 2018

ORDERED AS FOLLOWS:

1.     The stay in force pursuant to Section 362 of the Bankruptcy Code be and is

hereby modified to allow all of the above captioned and any related litigation to proceed

subject to the following conditions:

a.     All parties shall be restricted to recovery of damages to proceeds from the

insurance policy issued by New Jersey Manufacturers Ins. Co. that have now been deposited

into the Superior Court of New Jersey.

   b.      All parties to the above captioned lawsuit hereby waive their right to seek

recovery out of the bankruptcy estate of Ernest C. Young or his personal assets after the

conclusion of the bankruptcy.

I hereby consent to the form and entry of the within Order:


/s/ Scott B on behalf of Jason Pollack
Jason C. Pollack, Esq.
Attorney for Dajavae Weeks

/s/ Drew J. Parker
Drew J. Parker, Esq.
Attorney for New Jersey Manufacturer's Insurance Co.

/s/ Charlene Cathcart
Charlene Cathcart, Esq.
Attorney for Regina DiMatteo


Law Offices of Vincent J. Ciecka
Attorneys for Kayla Gamar Young, individually and as
natural guardian for A.Y.


/s/ Michael J. Dennin
BY:    Michael J. Dennin, Esq.


/s/ David Cuneo
David Cuneo
Attorney (Special Counsel)
Attorney for Ernest C. Young



Margolis Edelstein


/s/ Robert Kaplan
BY:    Robert Kaplan, Esq.

Attorney for Defendants Mallon

Law Offices of Nona L. Ostrove, LLC
Attorneys for Ernest Young

/s/ Nona L. Ostrove
BY:    Nona L. Ostrove