Order Filed on July 25, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

LAW OFFICES OF NONA L. OSTROVE, LLC
1000 White Horse Road, Suite 703
Voorhees, NJ  08043
(856) 566-4200; FAX (856) 566-4203
Attorneys for Debtor
By:  Nona L. Ostrove, Esq. NO2942

| In re: | : |
| --- | --- |
| | : IN BANKRUPTCY |
| Ernest C. Young | : CHAPTER 13 |
| | : |
| | : CASE NO.  17-23830/JNP |
| Debtor | : |
| | : Hearing Date: |

**CONSENT ORDER FOR RELIEF FROM STAY**

The relief set forth on the following pages, numbered two (2) through _____is hereby **ORDERED.**

DATED: July 25, 2018

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)
Debtor: Ernest C. Young

Case No: 17-23830/JNP

Caption of Order: CONSENT ORDER FOR RELIEF FROM STAY

    This matter having come before this court on the Consent of all parties hereto and it appearing that the debtor is a named defendant in the following lawsuits that have been filed arising out of an automobile accident on March 19, 2016;:

    a.    Dajavae Weeks. v. Regina M. DiMatteo, et. al. Docket No. L-1046-18

    b.    New Jersey Manufacturers Ins. Co. v. Kayla Gamar-Young, et. al. Docket No. L-60-18 (Current lead case).

    c.    Kayla Gamar Young, individually and as guardian for AY, a minor v. Mallon, et. al. Docket No. L-822-18

    d.    Regina M. DiMatteo v. Young et. al. Docket No. L-000901-18

    and It further appearing the Ernest Young filed his own personal injury lawsuit against Mason Mallon, Cornelius Mallon, Docket No. 965-18 et. al.; and

    It further appearing that monies from Mr. Young's insurance policy have been or are about to be deposited into escrow by New Jersey Manufacturers Insurance Company;

    It is on this 25th day of July, 2018

    ORDERED AS FOLLOWS:

    1.    The stay in force pursuant to Section 362 of the Bankruptcy Code be and is hereby modified to allow all of the above captioned and any related litigation to proceed subject to the following conditions:

    a.    All parties shall be restricted to recovery of damages to proceeds from the insurance policy issued by New Jersey Manufacturers Ins. Co. that have now been deposited into the Superior Court of New Jersey.

  b. All parties to the above captioned lawsuit hereby waive their right to seek recovery out of the bankruptcy estate of Ernest C. Young or his personal assets after the conclusion of the bankruptcy.

I hereby consent to the form and entry of the within Order:


/s/ Scott B on behalf of Jason Pollack
Jason C. Pollack, Esq.
Attorney for Dajavae Weeks

/s/ Drew J. Parker
Drew J. Parker, Esq.
Attorney for New Jersey Manufacturer's Insurance Co.

/s/ Charlene Cathcart
Charlene Cathcart, Esq.
Attorney for Regina DiMatteo


Law Offices of Vincent J. Ciecka
Attorneys for Kayla Gamar Young, individually and as
natural guardian for A.Y.


/s/ Michael J. Dennin
BY: Michael J. Dennin, Esq.


/s/ David Cuneo
David Cuneo
Attorney (Special Counsel)
Attorney for Ernest C. Young



Margolis Edelstein


/s/ Robert Kaplan
BY: Robert Kaplan, Esq.

    Attorney for Defendants Mallon

Law Offices of Nona L. Ostrove, LLC
Attorneys for Ernest Young



/s/ Nona L. Ostrove
BY:    Nona L. Ostrove

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-23830-JNP
Ernest C Young                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 1              Date Rcvd: Jul 25, 2018
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 27, 2018.
db             +Ernest C Young,    420 Myrtle Ave.,    Lindenwold, NJ 08021-1748

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 25, 2018 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    Colonial Savings, F.A. bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              David K Cuneo    on behalf of Debtor Ernest C Young cuneoesq@gmail.com
              Denise E. Carlon    on behalf of Creditor    Colonial Savings, F.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Kevin Gordon McDonald    on behalf of Creditor    Colonial Savings, F.A. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Nona  Ostrove    on behalf of Debtor Ernest C Young nostrove@ostrovelaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8