| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Law Offices of Nona L. Ostrove, LLC<br>1000 White Horse Road, Suite 703<br>Voorhees, NJ  08043<br>(856) 566-4200; FAX (856) 566-4203<br>By:  Nona L. Ostrove, Esq. NO 2942<br>Attorneys for Ernest Young | Case No.: 17-23830<br><br>Chapter: 13 |
| In Re:<br><br>Ernest Young<br>                Debtor(s) | Adv. No.: <br><br>Hearing Date: <br><br>Judge: JNP |

## CERTIFICATION OF SERVICE

1. I, **Kathleen Josaphouitch** :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for **Nona L. Ostrove, Esq.**, who represents **Ernest Young** in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On **January 4, 2019**, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Fee application

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: **January 4, 2019**                              /s/ Kathleen Josaphouitch
                                                                        Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Ernest Young<br>420 Myrtle Ave.<br>Lindenwold, NJ  08021 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*