Form 185 – ntc13plnafter

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  17–23830–JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Ernest C Young
  420 Myrtle Ave.
  Lindenwold, NJ 08021

Social Security No.:
  xxx–xx–2258

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on October 6, 2017.

On January 3, 2019 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:                   February 6, 2019
Time:                    09:00 AM
Location:               4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper
Street, Camden, NJ 08101–2067

Accordingly, notice is hereby given that,

1.   Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
     a written rejection to the modified plan.

2.   Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
     of a secure claim, such holders acceptance or rejection of the Plan before modification will
     be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
     holders acceptance or rejection of the Plan within the time fixed.

3.   **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
     the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: January 4, 2019
JAN: eag

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-23830-JNP
Ernest C Young                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin            Page 1 of 2            Date Rcvd: Jan 04, 2019
                                Form ID: 185           Total Noticed: 40


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 06, 2019.
```
db           +Ernest C Young,    420 Myrtle Ave.,    Lindenwold, NJ 08021-1748
516926825     Apex Asset Management L.L.C.,    2501 Oregon Pike,    Suite 102,    Lancaster, PA 17601-4890
516926826    +Arcadia Recovery Bureau, LLC,    PO Box 6768,    Wyomissing, PA 19610-0768
517100296     C&H Collection,    PO Box 1399,    Merchantville, NJ 08109-0399
516926830     Colonial  Savings F.A.,    PO Box 1301,    Fort Worth, TX 76101-1301
517100297     Cooper University Health Care,    PO Box 95000-4345,    Philadelphia, PA 19195-4345
516926834    +Dana B. Ostrovsky, Esq.,    Fidelity National Law Group,    1515 Market Street, Suite 1410,
               Philadelphia, PA 19102-1913
516926835    +David Cuneo, Esq.,    885 Haddon Ave.,    Collingswood, NJ 08108-1941
516926836     Emerg Phy Assoc of S. Jersey, PC,    PO Box 1109,    Minneapolis, MN 55440-1109
516926837    +Eye Physicians PC,    1140 White Horse Road,    Suite #1,    Voorhees, NJ 08043-2106
516926838    +Faloni & Associates, LLC,    165 Passaic Ave,    Suite 301B,    Fairfield, NJ 07004-3592
516926839    +Fidelity National Title Insurance Co.,    1515 Market Street,    1325,
               Philadelphia, PA 19102-1930
516926840    +Fidelity National Title Insurance Co.,    601 Riverside Ave.,    Jacksonville, FL 32204-2945
516926841    +First Premier Bank,    3820 N. Louis Ave..,    Sioux Falls, SD 57107-0145
516926843    +Gem Ambulance Service,    1750 Cedar Bridge Ave.,    Lakewood, NJ 08701-6921
516926844     Jewell Devereaux II,    1041 Belmont Ave.,    Philadelphia, PA 19104-1211
517100298     John D. Kernan, D.M.D.,    658 Cumberland Blvd.,    Westmont, NJ 08108-3642
516926846    +KML Law Group, P.C.,    216 Haddon Ave.,    Suite 406,    Collingswood, NJ 08108-2812
516926845    +Kayla Gamar-Young,    420 Myrtle Ave.,    Lindenwold, NJ 08021-1748
516926849    +PennSTAR,    3400 Spruce Street,    HUP, Ravdin Bldg. 10th Floor,    Philadelphia, PA 19104-4238
516926851    +Phoenix Financial Services,    PO Box 361450,    Indianapolis, IN 46236-1450
516926854    +Valentine & Kebartas, LLC,    PO Box 325,    Lawrence, MA 01842-0625
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jan 04 2019 23:29:43     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 04 2019 23:29:39     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
516972971     E-mail/Text: ally@ebn.phinsolutions.com Jan 04 2019 23:28:51     Ally Financial,
               PO Box 130424,    Roseville MN 55113-0004
516926824    +E-mail/Text: ally@ebn.phinsolutions.com Jan 04 2019 23:28:51     Ally Financial,
               PO Box 380901,    Minneapolis, MN 55438-0901
517100295    +E-mail/Text: bkrpt@retrievalmasters.com Jan 04 2019 23:29:38
               American Medical Collection Agency,    4 Westchester Plaza,    Building 4,
               Elmsford, NY 10523-1615
516926828     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 04 2019 23:26:19     Capital One,
               PO Box 30281,    Salt Lake City, UT 84130-0281
516926831    +E-mail/Text: bankruptcydesk@colonialsavings.com Jan 04 2019 23:30:04     Colonial Savings F.A.,
               2626 West Freeway,    Suite 1900,    Fort Worth, TX 76102-7109
517156917    +E-mail/Text: bankruptcydesk@colonialsavings.com Jan 04 2019 23:30:04     Colonial Savings, F.A.,
               2626 W FWY,    Fort Worth, TX 76102-7109
516926832     E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 04 2019 23:29:28     Comenity Bank,
               Attn: Bankruptcy Dept,    PO Box 182125,    Columbus, OH 43218-2125
516926833     E-mail/PDF: creditonebknotifications@resurgent.com Jan 04 2019 23:26:49     Credit One Bank,
               PO Box 98873,    Las Vegas, NV 89193-8873
516926847    +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 04 2019 23:26:50     LVNV Funding, LLC,
               PO Box 10497,    Greenville, SC 29603-0497
517075212     E-mail/PDF: resurgentbknotifications@resurgent.com Jan 04 2019 23:26:50
               LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517075185     E-mail/PDF: resurgentbknotifications@resurgent.com Jan 04 2019 23:27:15
               LVNV Funding, LLC its successors and assigns as,    assignee of Santander Consumer USA,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516926852     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 04 2019 23:26:22
               Portfolio Recovery,    120 Corporate Blvd.,    Norfolk, VA 23502
517155725     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 04 2019 23:48:18
               Portfolio Recovery Associates, LLC,    c/o Modells,    POB 41067,    Norfolk VA 23541
517087282    +E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 04 2019 23:29:57     Premier Bankcard, LLC,
               Jefferson Capital Systems, LLC Assignee,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
516926853    +E-mail/Text: clientservices@simonsagency.com Jan 04 2019 23:30:19     Simons Agency Inc.,
               4963 Winterstreet Drive,    Liverpool, NY 13088-2176
516926855    +E-mail/Text: bnc-bluestem@quantum3group.com Jan 04 2019 23:30:15     Webbank/Fingerhut,
               6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
                                                                                   TOTAL: 18
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Jan 04, 2019
                             Form ID: 185              Total Noticed: 40

cr*          Ally Financial,   PO Box 130424,   Roseville, MN  55113-0004
516926827*   +Arcadia Recovery Bureau, LLC,   PO Box 6768,   Wyomissing, PA 19610-0768
516926829*    Capital One,   PO Box 30281,   Salt Lake City, UT 84130-0281
516926842*   +First Premier Bank,   3820 N. Louis Ave..,   Sioux Falls, SD 57107-0145
516926848*   +LVNV Funding, LLC,   PO Box 10497,   Greenville, SC 29603-0497
516926850*   +PennSTAR,   3400 Spruce Street,   HUP, Ravdin Bldg. 10th Floor,   Philadelphia, PA 19104-4238
517087305*   +Premier Bankcard, Llc,   Jefferson Capital Systems LLC Assignee,   Po Box 7999,
              Saint Cloud Mn 56302-7999
                                                                         TOTALS: 0, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2019                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 4, 2019 at the address(es) listed below:
         Brian C. Nicholas    on behalf of Creditor    Colonial Savings, F.A. bnicholas@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         David K Cuneo    on behalf of Debtor Ernest C Young cuneoesq@gmail.com
         Denise E. Carlon    on behalf of Creditor    Colonial Savings, F.A. dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
          summarymail@standingtrustee.com
         John R. Morton, Jr.   on behalf of Creditor    Ally Financial ecfmail@mortoncraig.com,
          mortoncraigecf@gmail.com
         Kevin Gordon McDonald    on behalf of Creditor    Colonial Savings, F.A. kmcdonald@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Nona  Ostrove    on behalf of Debtor Ernest C Young nostrove@ostrovelaw.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                          TOTAL: 9
```