UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Law Offices of Nona L. Ostrove, LLC
1000 White Horse Road, Suite 703
Voorhees, NJ  08043
(856) 566-4200; FAX (856) 566-4203
By: Nona L. Ostrove, Esq. NO 2942
Attorneys for Ernest Young

Case No.: 17-23830

Chapter: 13

In Re:

Ernest Young
    Debtor(s)

Adv. No.: 

Hearing Date: February 6, 2019

Judge: JNP

# CERTIFICATION OF SERVICE

1. I, ___Kathleen Josaphouitch___ :

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for ___Nona L. Ostrove, Esq.___, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On ___January 7, 2019___, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Modified Chapter 13 Plan

3. I certify under penalty of perjury that the above documents were sent using the *mode of service* indicated.

Date: 1/7/2019

/s/ Kathleen Josaphouitch
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Ernest Young<br>420 Myrtle Ave.<br>Lindenwold, NJ 08021 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| David Shevsky, COO Auto Finance<br>Ally Financial<br>PO Box 130424<br>Roseville, MN 55113-0004 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Carri Neumann, Bankruptcy Agent<br>Ally Servicing, LLC<br>4000 Lexington Ave. N. Suite 100<br>Shoreview, MN 55126 | Bankruptcy Agent for Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| William E. Craig, Esq.<br>Morton & Craig, LLC<br>110 Marter Ave. Suite 301<br>Moorestown, NJ 08057 | Attorney for Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| John David Motley, President<br>Colonial Savings, F.A.<br>2626 W Fwy<br>Fort Worth, TX 76102 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Brian C. Nicholas, Esq.<br>KML Law Group, P.C.<br>216 Haddon Ave. Suite 406<br>Westmont, NJ 08108 | Attorney for Creditor Colonial Savings, F.A. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Kevin Gordon McDonald<br>KML Law Group, P.C.<br>216 Haddon Ave. Suite 406<br>Westmont, NJ 08108 | Attorney for Creditor Colonial Savings, F.A. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*