UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Law Offices of Nona L. Ostrove, LLC
1000 White Horse Road, Suite 703
Voorees, NJ 08043
856-566-4200; FAX 856-5664203
By: Nona L. Ostrove, Esq. NO 2942
Attorneys for Ernest C. Young, Debtor

**Order Filed on January 11, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

Ernest C. Young,

                Debtor(s)

Case No.: 17-23830

Chapter: 13

Judge: JNP

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: January 11, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Nona L. Ostrove, Esq. _____ , the applicant, is allowed a fee of $ _____ 400 _____ for services rendered and expenses in the amount of $ _____ 0 _____ for a total of $ _____ 400 _____ .  The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $ _____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*