UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Offices of Nona L. Ostrove, LLC
1000 White Horse Road, Suite 703
Voorhees, NJ  08043
(856) 566-4200; FAX (856) 566-4203
By:  Nona L. Ostrove, Esq. NO 2942
Attorneys for Ernest C. Young

In Re:

Ernest C. Young
    Debtor(s)

Case No.: 17-23830
Chapter: 13
Adv. No.: _____
Hearing Date: _____
Judge: JNP

# CERTIFICATION OF SERVICE

1. I, __Nona L. Ostrove, Esq.__ :

   ☒ represent __Ernest C. Young__ in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __October 4, 2017__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Notice of Chapter 13 Bankruptcy Case
   Notice of Hearing on Confirmation of Plan
   Copy of the Chapter 13 Filed

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __January 15, 2019__

/s/ Nona L. Ostrove, Esq.
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| American Medical Collection Agency<br>4 Westchester Plaza<br>Building 4<br>Elmsford, NY  10523-0000 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| C& H Collection<br>PO Box 1399<br>Merchantville, NJ  08109-0399 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Cooper University Health Care<br>PO Box 95000-4345<br>Philadelphia, PA  19195-4345 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| John D. Kernan, D.M.D<br>658 W. Cumberland Blvd.<br>Westmont, NJ  08108-3642 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*