UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**FIDELITY NATIONAL LAW GROUP**
105 Eisenhower Parkway, Suite 103
Roseland, New Jersey 07068
Phone: (973) 863-7171
Fax: (973) 535-3407
Attorneys for Creditor, Fidelity National Title Insurance Company
Conika Majumdar, Esq.
L077705

In Re:

ERNEST C YOUNG

                Debtor

Case No.: 17-23830

Chapter: 13

Judge: Jerrold N. Poslusny, Jr.

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of FIDELITY NATIONAL TITLE INSURANCE COMPANY. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:    FIDELITY NATIONAL LAW GROUP
                           105 Eisenhower Parkway, Suite 103
                           Roseland, New Jersey 07068
                           Attention: Conika Majumdar, Esq.

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: January 29, 2019        /s/ Conika Majumdar, Esq.
                                      Signature