UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**FIDELITY NATIONAL LAW GROUP**
105 Eisenhower Parkway, Suite 103
Roseland, New Jersey 07068
Phone:  (973) 863-7171
Fax:  (973) 535-3407
Attorneys for Creditor, Fidelity National Title
Insurance Company
Conika Majumdar, Esq.
L077705

| | |
|---|---|
| In Re:<br><br>ERNEST C YOUNG<br><br>                                Debtor | Case No.:   17-23830<br><br>Chapter:    13<br><br>Judge:     Jerrold N. Poslusny, Jr. |

**CERTIFICATION OF SERVICE**

1.  I, <u>Conika Majumdar, Esq.</u>:

    ☒  represent <u>FIDELITY NATIONAL TITLE INSURANCE COMPANY</u> in this matter.

    ☐  am secretary/paralegal for _____, who represents _____

    in this matter.

    ☐  am _____ in this case and am representing myself.

2.  On  <u>January 29, 2019</u>, I sent a copy of the following pleadings and/or documents to the

    parties listed in the chart below:

    - Notice of Appearance

    - Objection to Modified Plan

    - Certification of Service

3.  I hereby certify under penalty of perjury that the above documents were sent using the mode

    of service indicated.

Dated:  <u>January 29, 2019</u>                    <u>/s/ Conika Majumdar, Esq.            </u>
                                          Signature

| Name And Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Ernest C Young | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(as authorized by the Court or by rule.  Cite the rule if applicable.) |
| David K Cuneo<br>Law Offices of David Cuneo<br>855 Haddon Avenue<br>Collingswood, NJ 08108 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(as authorized by the Court or by rule.  Cite the rule if applicable.) |
| Nona Ostrove<br>Law Offices of Nona L. Ostrove, LLC<br>1000 White Horse Road<br>Suite 703<br>Voorhees, NJ 08043 | Attorney for Debtors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(as authorized by the Court or by rule.  Cite the rule if applicable.) |
| Isabel C. Balboa<br>Chapter 13 Standing Trustee<br>535 Route 38 – Suite 580<br>Cherry Hill, NJ 08002 | Chapter 13 Standing Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(as authorized by the Court or by rule.  Cite the rule if applicable.) |

*rev.8/1/16*