THIS FORM MAY BE USED BY CERTIFIED CM/ECF PARTICIPANTS ONLY AND MAY BE E:MAILED TO THE APPROPRIATE JUDGE'S E:MAILBOX.  PLEASE USE THIS FORM TO REPORT A STATUS CHANGE FOR A MATTER LISTED ON THE COURT'S CALENDAR.  THIS FORM MAY ALSO BE USED TO *REQUEST* AN ADJOURNMENT OF A MATTER LISTED ON THE CALENDAR.   REQUESTS FOR ADJOURNMENTS WILL BE ACKNOWLEDGED BY RETURN E:MAIL WITH AN INDICATION ON PAGE 2 OF THIS FORM THAT THE REQUEST IS EITHER DENIED OR GRANTED.  PLEASE E:MAIL THE COMPLETED FORM TO THE APPROPRIATE ADDRESS.

## ADJOURNMENT REQUEST/CALENDAR STATUS CHANGE FORM

**FOR THE HONORABLE**  Jerrold N. Poslusny Jr.

☐ SETTLEMENT       ☑ WITHDRAWAL       ☐ ADJOURNMENT REQUEST

CASE #:  17-23830                    ADV. #:

CASE NAME:  Ernest C Young

PROCEEDING:
Objection to Confirmation of the Modified Plan

HEARING DATE & TIME:  March 6, 2019 at 9:00 A.M.

REASON FOR ADJOURNMENT REQUEST:
Fidelity National Title Insurance Company hereby withdraws its objetion to the Debtor's modified plan.

ALL PARTIES ADVISED AND CONSENT?       ☑ YES       ☐ NO (w/reason)

SUBMITTED BY:  /s/Conika Majumdar, Esq.

REPRESENTING:  Fidelity National Title Insurance Company

## **FOR COURT USE ONLY**

❏    ADJOURNMENT REQUEST DENIED.  PLEASE APPEAR ON THE SCHEDULED DATE AND TIME.

❏    ADJOURNMENT REQUEST GRANTED.  PLEASE NOTIFY ALL PARTIES OF THE NEW DATE AND TIME:_____.

❏    ADDITIONAL COMMENTS: