UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Offices of Nona L. Ostrove, LLC
1000 White Horse Road, Suite 703
Voorhees, NJ  08043
(856) 566-4200; FAX (856) 566-4203
By:  Nona L. Ostrove, Esq. NO 2942
Attorneys for
   Ernest C. Young

In Re:

Ernest C. Young
     Debtor(s)

Case No.: 17-23830

Chapter: 13

Adv. No.: 

Hearing Date: 

Judge: JNP

# CERTIFICATION OF SERVICE

1. I, Kathleen Josaphouitch :

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for Nona L. Ostrove, Esq., who represents Ernest C. Young in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On April 10, 2019, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Notice of Chapter 13 Bankruptcy Case;
    Copy of last modified Chapter 13 plan filed in this case;
    Order respecting amendment

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: April 10, 2019

/s/ Kathleen Josaphouitch
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Derrick Mallon<br>159 Cross-Keys Road<br>Berlin, NJ  08009 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>  (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Dahjave Weeks<br>279 South Black Horse Pike<br>Mount Ephraim, NJ  08059 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>  (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Regina D. Matteo<br>998 Clements Bridge Road<br>Barrington, NJ  08007 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>  (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Mason Mallon<br>120 Clementon Rd.<br>Gibbsboro, NJ  08026 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>  (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Michael C. Dennin, Esq.<br>Law Offices of Vincent J. Ciecka<br>5709 Westfield Ave.<br>Pennsauken, NJ  08110 | Attorneys for Kayla Gamar Young, individually and as natural guardian of A.Y. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>  (As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Robert Kaplan, Esq.<br>Margolis, Edelstein<br>100 Century Parkway, Suite 200<br>PO Box 5084<br>Mt. Laurel, NJ  08054 | Attorneys for Derrick Mallon and Mason Mallon | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jason C. Pollack, Esq.<br>211 South White Horse Pike<br>Audubon, NJ  08106 | Attorney for Dajave Weeks | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Charlene Cathcart, Esq.<br>211 South White Horse Pike<br>Audubon, NJ  08106 | Attorney for Regina DiMatteo | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Cooper University Health Care<br>1 Cooper Plaza<br>Camden, NJ  08103 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Cooper Physicians<br>1 Cooper Plaza<br>Camden, NJ  08103 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*