UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Ernest Young

Case No.: 17-23830
Chapter: 13
Judge: JNP

## NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

__Ernest Young__, __Chapter 13 Debtor__, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

Address of the Clerk:
401 Market Street
PO Box 2067
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable __Jerrold N. Poslusny, Jr.__ on __June 4, 2019__ at __10:00__ a.m. at the United States Bankruptcy Court, courtroom no. __4B__, __400 Cooper St. Camden, NJ 08101__ (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action: Personal injury claim of the debtor filed in the Superior Court of New Jersey, Law Division under Docket No., CAM-L-965-18 against Mason Mallon and Cornelius Mallon arising out of an automobile accident that took place on March 19, 2016.

Pertinent terms of settlement: Penn National, as insurer for defendant Mason Mallon has agreed to pay the debtor $100,000 in full settlement of all claims of the debtor against defendants arising out of the accident representing the maximum per claim on the policy. Debtor claims an exemption of $30,370.00 and special counsel will be filing a fee application for counsel fees of $32,698.31 and expenses of $1,905.06. Net proceeds to be turned over to Chapter 13 trustee - $35,026.63.

Objections must be served on, and requests for additional information directed to:

Name: Nona L. Ostrove, Esq. Attorney for Debtor

Address: 1000 White Horse Road, Suite 703, Voorhees, NJ 08043

Telephone No.: 856-566-4200

*rev.8/1/15*