UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on June 4, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

Law Offices of Nona L. Ostrove, LLC
1000 White Horse Road, Suite 703
Voorhees, NJ  08043
(856) 566-4200; FAX (856) 566-4203
By:  Nona L. Ostrove, Esq. NO 2942
Attorneys for Debtor

| | |
|---|---|
| IN RE: | : IN BANKRUPTCY |
| | : CHAPTER 13 PROCEEDING |
| ERNEST YOUNG | : CASE NO.  17-23830/JNP |
| | : |

## ORDER APPROVING SETTLEMENT

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED.**

**DATED: June 4, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)

Debtor: Ernest C. Young

Case No: 17-23830/JNP

Caption of Order: ORDER APPROVING SETTLEMENT AGREEMENT

Upon consideration of Ernest C. Young, Debtor motion/application for an order to approving settlement of an automobile accident claim filed in the Superior Court of New Jersey, Law Division, Camden County under Docket No. CAM-L-965-18;

and it appearing that due notice of the proposed settlement having been given to creditors and parties in interest pursuant to Fed. R. Bankr. P. 2002; and

The Court having found that the settlement is in the best interests of the Chapter 13 debtor, Ernest Young and sufficient cause appearing therefore; it is hereby

**ORDERED** that

1. The Motion is GRANTED.

2. The Settlement providing for payment of $100,000 to Ernest Young as set forth in the motion is APPROVED.

3. Proceeds of the settlement will be deposited into the trust account for David Cuneo and he will be authorized to pay his attorney fee and litigation expenses upon entry of an Order of this court approving those fees and expenses.

4. David Cuneo is further authorized to disburse to Ernest Young, Jr. $30,370.00 representing his allowed exemptions.

6. The balance of proceeds shall be turned over to Isabel Balboa, Chapter 13 trustee to be held by the Trustee pending filing and court approval of a modified Chapter 13 plan regarding distribution.

7. The debtor shall file a modified plan within twenty (20) days of the date of this Order.

United States Bankruptcy Court
District of New Jersey

In re:  
Ernest C Young  
    Debtor

Case No. 17-23830-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Jun 04, 2019  
                  Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2019.  
db           +Ernest C Young,    420 Myrtle Ave.,    Lindenwold, NJ 08021-1748

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2019                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2019 at the address(es) listed below:

          Brian C. Nicholas     on behalf of Creditor    Colonial Savings, F.A. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Conika Majumdar     on behalf of Creditor    Fidelity National Title Insurance Company conika.majumdar@fnf.com  
          David K Cuneo     on behalf of Debtor Ernest C Young cuneoesq@gmail.com  
          Denise E. Carlon     on behalf of Creditor    Colonial Savings, F.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
          Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
          John R. Morton, Jr.     on behalf of Creditor    Ally Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
          Kevin Gordon McDonald     on behalf of Creditor    Colonial Savings, F.A. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Nona Ostrove     on behalf of Debtor Ernest C Young nostrove@ostrovelaw.com  
          U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                             TOTAL: 10