Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−23830−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ernest C Young
   420 Myrtle Ave.
   Lindenwold, NJ 08021

Social Security No.:
   xxx−xx−2258

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

   Notice is hereby given that a Plan was confirmed in this matter on March 7, 2019.

   On June 17, 2019 the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:         July 31, 2019
Time:         09:00 AM
Location:     4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: June 17, 2019
JAN: eag

                                                          Jeanne Naughton
                                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 17-23830-JNP
Ernest C Young                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin              Page 1 of 2          Date Rcvd: Jun 17, 2019
                            Form ID: 185             Total Noticed: 52

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 19, 2019.
```
db             +Ernest C Young,    420 Myrtle Ave.,    Lindenwold, NJ 08021-1748
cr             +Fidelity National Title Insurance Company,    Fidelity National Title Insurance Compan,
                 601 Riverside Avenue,    Jacksonville, FL 32204-2901
516926825       Apex Asset Management L.L.C.,    2501 Oregon Pike,    Suite 102,    Lancaster, PA 17601-4890
516926826      +Arcadia Recovery Bureau, LLC,    PO Box 6768,    Wyomissing, PA 19610-0768
518172713      +Charlene Cathcart, Esq.,    211 South White Horse Pike,    Audubon, NJ 08106-1306
516926830       Colonial  Savings F.A.,    PO Box 1301,    Fort Worth, TX 76101-1301
518172715      +Cooper Physician,    1 Cooper Plaza,    Camden, NJ 08103-1461
518172714      +Cooper University Health Care,    1 Cooper Plaza,    Camden, NJ 08103-1461
517100297       Cooper University Health Care,    PO Box 95000-4345,    Philadelphia, PA 19195-4345
518172707      +Dajave Weeks,    279 South Black Horse Pike,    Mt. Ephraim, NJ 08059-2123
516926834      +Dana B. Ostrovsky, Esq.,    Fidelity National Law Group,    1515 Market Street, Suite 1410,
                 Philadelphia, PA 19102-1913
516926835      +David Cuneo, Esq.,    885 Haddon Ave.,    Collingswood, NJ 08108-1941
518172706      +Derrick Mallon,    159 Cross-Keys Road,    Berlin, NJ 08009-9478
516926836       Emerg Phy Assoc of S. Jersey, PC,    PO Box 1109,    Minneapolis, MN 55440-1109
516926837      +Eye Physicians PC,    1140 White Horse Road,    Suite #1,    Voorhees, NJ 08043-2106
516926838      +Faloni & Associates, LLC,    165 Passaic Ave,    Suite 301B,    Fairfield, NJ 07004-3592
516926839     #+Fidelity National Title Insurance Co.,    1515 Market Street,    1325,
                 Philadelphia, PA 19102-1930
516926840      +Fidelity National Title Insurance Co.,    601 Riverside Ave.,    Jacksonville, FL 32204-2901
516926841      +First Premier Bank,    3820 N. Louis Ave..,    Sioux Falls, SD 57107-0145
516926843      +Gem Ambulance Service,    1750 Cedar Bridge Ave.,    Lakewood, NJ 08701-6921
518172712      +Jason C. Pollack, Esq.,    211 South White Horse Pike,    Audubon, NJ 08106-1306
516926844       Jewell Devereaux II,    1041 Belmont Ave.,    Philadelphia, PA 19104-1211
517100298       John D. Kernan, D.M.D.,    658 Cumberland Blvd.,    Westmont, NJ 08108-3642
516926846      +KML Law Group, P.C.,    216 Haddon Ave.,    Suite 406,    Collingswood, NJ 08108-2812
516926845      +Kayla Gamar-Young,    420 Myrtle Ave.,    Lindenwold, NJ 08021-1748
518172716     #+Kayla Young, as Guardian for A.Y.,    420 Myrtle Ave.,    Lindenwold, NJ 08021-1748
518172709      +Mason Mallon,    120 Clementon Rd.,    Gibbsboro, NJ 08026-1149
518172710      +Michael C. Dennin, Esq.,    Law Offices of Vincent J. Ciecka,    5709 Westfield Ave.,
                 Pennsauken, NJ 08110-1837
516926849      +PennSTAR,    3400 Spruce Street,    HUP, Ravdin Bldg. 10th Floor,    Philadelphia, PA 19104-4238
516926851      +Phoenix Financial Services,    PO Box 361450,    Indianapolis, IN 46236-1450
518172708      +Regina D. Matteo,    998 Clements Bridge Rd.,    Barrington, NJ 08007-1411
518172711      +Robert Kaplan, Esq.,    Margolis, Edelstein,    100 Century Parkway, Suite 200,    PO Box 5084,
                 Mt. Laurel, NJ 08054-5084
516926854      +Valentine & Kebartas, LLC,    PO Box 325,    Lawrence, MA 01842-0625
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 17 2019 23:56:25      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 17 2019 23:56:22      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516972971       E-mail/Text: ally@ebn.phinsolutions.com Jun 17 2019 23:55:30      Ally Financial,
                 PO Box 130424,    Roseville MN 55113-0004
516926824      +E-mail/Text: ally@ebn.phinsolutions.com Jun 17 2019 23:55:30      Ally Financial,
                 PO Box 380901,    Minneapolis, MN 55438-0901
517100295      +E-mail/Text: bkrpt@retrievalmasters.com Jun 17 2019 23:56:22
                 American Medical Collection Agency,    4 Westchester Plaza,    Building 4,
                 Elmsford, NY 10523-1615
517100296       E-mail/Text: info@chcollects.com Jun 17 2019 23:57:18      C&H Collection,    PO Box 1399,
                 Merchantville, NJ 08109-0399
516926828       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 18 2019 00:09:43      Capital One,
                 PO Box 30281,    Salt Lake City, UT 84130-0281
516926831      +E-mail/Text: bankruptcydesk@colonialsavings.com Jun 17 2019 23:56:45      Colonial Savings F.A.,
                 2626 West Freeway,    Suite 1900,    Fort Worth, TX 76102-7109
517156917      +E-mail/Text: bankruptcydesk@colonialsavings.com Jun 17 2019 23:56:45      Colonial Savings, F.A.,
                 2626 W FWY,    Fort Worth, TX 76102-7109
516926832       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 17 2019 23:56:06      Comenity Bank,
                 Attn: Bankruptcy Dept,    PO Box 182125,    Columbus, OH 43218-2125
516926833       E-mail/PDF: creditonebknotifications@resurgent.com Jun 18 2019 00:08:43      Credit One Bank,
                 PO Box 98873,    Las Vegas, NV 89193-8873
516926847      +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 18 2019 00:09:52      LVNV Funding, LLC,
                 PO Box 10497,    Greenville, SC 29603-0497
517075212       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 18 2019 00:08:46
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517075185       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 18 2019 00:09:55
                 LVNV Funding, LLC its successors and assigns as,    assignee of Santander Consumer USA,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516926852       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 18 2019 00:20:19
                 Portfolio Recovery,    120 Corporate Blvd.,    Norfolk, VA 23502
```

```
District/off: 0312-1           User: admin              Page 2 of 2                   Date Rcvd: Jun 17, 2019
                               Form ID: 185             Total Noticed: 52
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
517155725         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 18 2019 00:08:40
                   Portfolio Recovery Associates, LLC,   c/o Modells,   POB 41067,   Norfolk VA 23541
517087282        +E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 17 2019 23:56:36        Premier Bankcard, LLC,
                   Jefferson Capital Systems, LLC Assignee,    PO BOX 7999,   SAINT CLOUD MN 56302-7999
516926853        +E-mail/Text: clientservices@simonsagency.com Jun 17 2019 23:57:01        Simons Agency Inc.,
                   4963 Winterstreet Drive,    Liverpool, NY 13088-2176
516926855        +E-mail/Text: bnc-bluestem@quantum3group.com Jun 17 2019 23:56:55        Webbank/Fingerhut,
                   6250 Ridgewood Road,   Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 19

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*              Ally Financial,   PO Box 130424,   Roseville, MN   55113-0004
516926827*      +Arcadia Recovery Bureau, LLC,   PO Box 6768,   Wyomissing, PA 19610-0768
516926829*       Capital One,   PO Box 30281,   Salt Lake City, UT 84130-0281
516926842*      +First Premier Bank,   3820 N. Louis Ave..,   Sioux Falls, SD 57107-0145
516926848*      +LVNV Funding, LLC,   PO Box 10497,   Greenville, SC 29603-0497
516926850*      +PennSTAR,   3400 Spruce Street,   HUP, Ravdin Bldg. 10th Floor,   Philadelphia, PA 19104-4238
517087305*      +Premier Bankcard, Llc,   Jefferson Capital Systems LLC Assignee,   Po Box 7999,
                   Saint Cloud Mn 56302-7999
                                                                                   TOTALS: 0, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2019 at the address(es) listed below:
```
              Brian C. Nicholas    on behalf of Creditor    Colonial Savings, F.A. bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Conika Majumdar    on behalf of Creditor    Fidelity National Title Insurance Company
               conika.majumdar@fnf.com
              David K Cuneo    on behalf of Debtor Ernest C Young cuneoesq@gmail.com
              Denise E. Carlon    on behalf of Creditor    Colonial Savings, F.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              John R. Morton, Jr.    on behalf of Creditor    Ally Financial ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    Colonial Savings, F.A. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Nona Ostrove    on behalf of Debtor Ernest C Young nostrove@ostrovelaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 10
```