UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Offices of Nona L. Ostrove, LLC
1000 White Horse Road, Suite 703
Voorhees, NJ  08043
(856) 566-4200; FAX (856) 566-4203
By:  Nona L. Ostrove, Esq. NO 2942
Attorneys for
   Ernest Young

In Re:

Ernest Young
   Debtor(s)

Case No.: 17-23830

Chapter: 13

Adv. No.: 

Hearing Date: 7/31/2019

Judge: JNO

## CERTIFICATION OF SERVICE

1. I, Kathleen Josaphouitch :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for Nona L. Ostrove, Esq., who represents Ernest Young in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On 6/26/2019, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Second Modified Chapter 13 Plan

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 6/26/2019

/s/ Kathleen Josaphouitch
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| David Shevsky, COO Auto Finance<br>Ally Financial<br>PO Box 130424<br>Roseville, MN  55113-0004 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Carri Neuman, Bankruptcy Agent<br>Ally Servicing, LLC<br>4000 Lexington Ave. N.  Suite 100<br>Shoreview, MN  55126 | Bankruptcy Agent for Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| William E. Craig, Esq.<br>Morton & Craig, LLC<br>110 Marter Ave. Suite 301<br>Moorestown, NJ  08057 | Attorneys for Ally Financial | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| John David Motley, President<br>Colonial Savings, F.A.<br>2626 W Fwy.<br>Fort Worth, TX  76102 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Denise Carlon, Esq.<br>KML Law Group, P.C.<br>216 Haddon Ave. Suite 406<br>Westmont, NJ  08108 | Attorney for Colonial Savings, F.A. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Kevin Gordon McDonald<br>KML Law Group, P.C.<br>216 Haddon Ave. Suite 406<br>Westmont, NJ  08108 | Attorney for Colonial Savings, F.A. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*