UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Offices of Nona L. Ostrove, LLC
1000 White Horse Road, Suite 703
Voorhees, NJ  08043
(856) 566-4200; FAX (856) 566-4203
By:  Nona L. Ostrove, Esq. NO 2942
Attorneys for
Ernest Young

In Re:

  Ernest Young
    Debtor(s)

Case No.: 17-23830
Chapter: 7
Adv. No.:
Hearing Date: 7/31/2019
Judge: JNP

# CERTIFICATION OF SERVICE

1. I, __Kathleen Josaphouitch__ :

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for __Nona L. Ostrove, Esq.__, who represents __Ernest Young__ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On __6/26/2019__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Notice of Chapter 13 Plan Transmittal (Official form)
    Chapter 13 Plan
    Brokers Price Opinion

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:  6/26/2019

/s/ Kathleen Josaphouitch
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Fidelity National Title Insurance Company<br>c/o Conika Majumdar, Esq.<br>Fidelity National Law Group<br>105 Eisenhower Parkway, Suite 103<br>Roseland, NJ  07068 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Fidelity National Title Group<br>c/o Gary Urquhart<br>Executive Vice President, General Counsel<br>601 Riverside Ave.<br>Jacksonville, FL  32204 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Fidelity National Title Insurance Company<br>c/o James Sindoni, VP State Manager<br>1515 Market Street<br>Suite 1325<br>Philadelphia, PA  19102 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*