

**Order Filed on July 12, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
<u>DISTRICT OF NEW JERSEY</u>

Law Offices of Nona L. Ostrove, LLC
1000 White Horse Road, Suite 703
Voorhees, NJ  08043
(856) 566-4200; FAX (856) 566-4203
By:  Nona L. Ostrove, Esq. NO 2942
Attorneys for Debtor

| | |
|---|---|
| IN RE: | : IN BANKRUPTCY |
|  | : CHAPTER 13 PROCEEDING |
| ERNEST YOUNG | : CASE NO.  17-23830/JNP |
|  | : |

## ORDER FOR ALLOWANCE TO SPECIAL
## COUNSEL FOR DEBTOR, DAVID CUNEO, ESQ.

    The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED.**

**DATED: July 12, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)

Debtor: Ernest C. Young

Case No: 17-23830/JNP

Caption of Order: ORDER FOR ALLOWANCE TO SPECIAL COUNSEL DAVID CUNEO, ESQ.

Upon consideration of the Application made by David Cuneo, Esq. special counsel for Ernest C. Young, Chapter 13 debtor, for an Order awarding payment of compensation and expenses to special counsel with regard to the settlement of the Debtor's Personal Injury/Motor Vehicle Accident claim and for good cause shown:

It is on this _____ day of July, 2019

ORDERED that David Cuneo as Special Counsel for the Chapter 13 Debtor is hereby awarded Compensation of $32,698.31 and $1,905.06 for Expenses/Costs advanced in litigating this matter for a total allowance of $34,603.37.