**Order Filed on July 12, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
<u>DISTRICT OF NEW JERSEY</u>

Law Offices of Nona L. Ostrove, LLC
1000 White Horse Road, Suite 703
Voorhees, NJ  08043
(856) 566-4200; FAX (856) 566-4203
By:  Nona L. Ostrove, Esq. NO 2942
Attorneys for Debtor

| | |
|---|---|
| IN RE: | : IN BANKRUPTCY |
|  | : CHAPTER 13 PROCEEDING |
| ERNEST YOUNG | : CASE NO.  17-23830/JNP |
|  | : |

### ORDER FOR ALLOWANCE TO SPECIAL
### COUNSEL FOR DEBTOR, DAVID CUNEO, ESQ.

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED.**

**DATED: July 12, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)

Debtor:  Ernest C. Young

Case No: 17-23830/JNP

Caption of Order: ORDER FOR ALLOWANCE TO SPECIAL COUNSEL DAVID CUNEO, ESQ.

Upon consideration of the Application made by David Cuneo, Esq. special counsel for Ernest C. Young, Chapter 13 debtor, for an Order awarding payment of compensation and expenses to special counsel with regard to the settlement of the Debtor's Personal Injury/Motor Vehicle Accident claim and for good cause shown:

It is on this         day of July, 2019

ORDERED that David Cuneo as Special Counsel for the Chapter 13 Debtor is hereby awarded Compensation of $32,698.31 and $1,905.06 for Expenses/Costs advanced in litigating this matter for a total allowance of $34,603.37.

United States Bankruptcy Court
District of New Jersey

In re:  
Ernest C Young  
       Debtor

Case No. 17-23830-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Jul 12, 2019  
                 Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2019.  
db            +Ernest C Young,    420 Myrtle Ave.,    Lindenwold, NJ 08021-1748

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2019                                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2019 at the address(es) listed below:

         Brian C. Nicholas    on behalf of Creditor    Colonial Savings, F.A. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Conika Majumdar    on behalf of Creditor    Fidelity National Title Insurance Company conika.majumdar@fnf.com  
         David K Cuneo    on behalf of Debtor Ernest C Young cuneoesq@gmail.com  
         Denise E. Carlon    on behalf of Creditor    Colonial Savings, F.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         John R. Morton, Jr.    on behalf of Creditor    Ally Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
         Kevin Gordon McDonald    on behalf of Creditor    Colonial Savings, F.A. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Nona Ostrove    on behalf of Debtor Ernest C Young nostrove@ostrovelaw.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                               TOTAL: 10