Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                       Case No.: 17−23830−JNP
                       Chapter: 13
                       Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ernest C Young
   420 Myrtle Ave.
   Lindenwold, NJ 08021

Social Security No.:
   xxx−xx−2258

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Jerrold N. Poslusny Jr. on:

Date:      9/5/19
Time:     02:00 PM
Location:   4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
Nona Ostrove, Debtor's Attorney fee: $2460.00, expenses: $31.00

COMMISSION OR FEES
fee: $2460.00 $31.00

EXPENSES
$31.00

Creditors may be heard before the applications are determined.

     An appearance is not required on an application for compensation unless an objection is filed. Any objection must be filed with the court and served on interested parties not later than 7 days before the scheduled hearing.

Dated: July 31, 2019
JAN:

                                                        Jeanne Naughton
                                                        Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey

In re:                                                        Case No. 17-23830-JNP
Ernest C Young                                                Chapter 13
         Debtor                       CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                 Page 1 of 2                  Date Rcvd: Jul 31, 2019
                               Form ID: 137                Total Noticed: 52


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 02, 2019.
db             +Ernest C Young,    420 Myrtle Ave.,    Lindenwold, NJ 08021-1748
cr             +Fidelity National Title Insurance Company,    Fidelity National Title Insurance Compan,
                 601 Riverside Avenue,    Jacksonville, FL 32204-2901
516926825       Apex Asset Management L.L.C.,    2501 Oregon Pike,    Suite 102,    Lancaster, PA 17601-4890
516926826      +Arcadia Recovery Bureau, LLC,    PO Box 6768,    Wyomissing, PA 19610-0768
518172713      +Charlene Cathcart, Esq.,    211 South White Horse Pike,    Audubon, NJ 08106-1306
516926830       Colonial Savings F.A.,    PO Box 1301,    Fort Worth, TX 76101-1301
518172715      +Cooper Physician,    1 Cooper Plaza,    Camden, NJ 08103-1461
518172714      +Cooper University Health Care,    1 Cooper Plaza,    Camden, NJ 08103-1461
517100297       Cooper University Health Care,    PO Box 95000-4345,    Philadelphia, PA 19195-4345
518172707      +Dajave Weeks,    279 South Black Horse Pike,    Mt. Ephraim, NJ 08059-2123
516926834      +Dana B. Ostrovsky, Esq.,    Fidelity National Law Group,    1515 Market Street, Suite 1410,
                 Philadelphia, PA 19102-1913
516926835      +David Cuneo, Esq.,    885 Haddon Ave.,    Collingswood, NJ 08108-1941
518172706      +Derrick Mallon,    159 Cross-Keys Road,    Berlin, NJ 08009-9478
516926836       Emerg Phy Assoc of S. Jersey, PC,    PO Box 1109,    Minneapolis, MN 55440-1109
516926837      +Eye Physicians PC,    1140 White Horse Road,    Suite #1,    Voorhees, NJ 08043-2106
516926838      +Faloni & Associates, LLC,    165 Passaic Ave,    Suite 301B,    Fairfield, NJ 07004-3592
516926840      +Fidelity National Title Insurance Co.,    601 Riverside Ave.,    Jacksonville, FL 32204-2901
516926839      #+Fidelity National Title Insurance Co.,    1515 Market Street,    1325,
                 Philadelphia, PA 19102-1930
516926841      +First Premier Bank,    3820 N. Louis Ave..,    Sioux Falls, SD 57107-0145
516926843      +Gem Ambulance Service,    1750 Cedar Bridge Ave.,    Lakewood, NJ 08701-6921
518172712      +Jason C. Pollack, Esq.,    211 South White Horse Pike,    Audubon, NJ 08106-1306
516926844       Jewell Devereaux II,    1041 Belmont Ave.,    Philadelphia, PA 19104-1211
517100298       John D. Kernan, D.M.D.,    658 Cumberland Blvd.,    Westmont, NJ 08108-3642
516926846      +KML Law Group, P.C.,    216 Haddon Ave.,    Suite 406,    Collingswood, NJ 08108-2812
516926845      +Kayla Gamar-Young,    420 Myrtle Ave.,    Lindenwold, NJ 08021-1748
518172716      #+Kayla Young, as Guardian for A.Y.,    420 Myrtle Ave.,    Lindenwold, NJ 08021-1748
518172709      +Mason Mallon,    120 Clementon Rd.,    Gibbsboro, NJ 08026-1149
518172710      +Michael C. Dennin, Esq.,    Law Offices of Vincent J. Ciecka,    5709 Westfield Ave.,
                 Pennsauken, NJ 08110-1837
516926849      +PennSTAR,    3400 Spruce Street,    HUP, Ravdin Bldg. 10th Floor,    Philadelphia, PA 19104-4238
516926851      +Phoenix Financial Services,    PO Box 361450,    Indianapolis, IN 46236-1450
518172708      +Regina D. Matteo,    998 Clements Bridge Rd.,    Barrington, NJ 08007-1411
518172711      +Robert Kaplan, Esq.,    Margolis, Edelstein,    100 Century Parkway, Suite 200,    PO Box 5084,
                 Mt. Laurel, NJ 08054-5084
516926854       Valentine & Kebartas, LLC,    PO Box 325,    Lawrence, MA 01842-0625

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 01 2019 00:40:37      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 01 2019 00:40:28      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516972971       E-mail/Text: ally@ebn.phinsolutions.com Aug 01 2019 00:39:07      Ally Financial,
                 PO Box 130424,    Roseville MN 55113-0004
516926824      +E-mail/Text: ally@ebn.phinsolutions.com Aug 01 2019 00:39:07      Ally Financial,
                 PO Box 380901,    Minneapolis, MN 55438-0901
517100295      +E-mail/Text: bkrpt@retrievalmasters.com Aug 01 2019 00:40:27
                 American Medical Collection Agency,    4 Westchester Plaza,    Building 4,
                 Elmsford, NY 10523-1615
517100296       E-mail/Text: info@chcollects.com Aug 01 2019 00:42:03      C&H Collection,    PO Box 1399,
                 Merchantville, NJ 08109-0399
516926828       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 01 2019 00:46:48      Capital One,
                 PO Box 30281,    Salt Lake City, UT 84130-0281
516926831      +E-mail/Text: bankruptcydesk@colonialsavings.com Aug 01 2019 00:41:09      Colonial Savings F.A.,
                 2626 West Freeway,    Suite 1900,    Fort Worth, TX 76102-7109
517156917      +E-mail/Text: bankruptcydesk@colonialsavings.com Aug 01 2019 00:41:09      Colonial Savings, F.A.,
                 2626 W FWY,    Fort Worth, TX 76102-7109
516926832       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 01 2019 00:40:00      Comenity Bank,
                 Attn: Bankruptcy Dept,    PO Box 182125,    Columbus, OH 43218-2125
516926833       E-mail/PDF: creditonebknotifications@resurgent.com Aug 01 2019 00:47:54      Credit One Bank,
                 PO Box 98873,    Las Vegas, NV 89193-8873
516926847      +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 01 2019 00:48:00      LVNV Funding, LLC,
                 PO Box 10497,    Greenville, SC 29603-0497
517075212       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 01 2019 00:47:59
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517075185       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 01 2019 00:48:00
                 LVNV Funding, LLC its successors and assigns as,    assignee of Santander Consumer USA,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516926852       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 01 2019 00:46:54
                 Portfolio Recovery,    120 Corporate Blvd.,    Norfolk, VA 23502
```

```
District/off: 0312-1          User: admin              Page 2 of 2                Date Rcvd: Jul 31, 2019
                              Form ID: 137             Total Noticed: 52
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
517155725          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 01 2019 00:47:52
                    Portfolio Recovery Associates, LLC,   c/o Modells,   POB 41067,   Norfolk VA 23541
516926851         +E-mail/Text: info@phoenixfinancialsvcs.com Aug 01 2019 00:39:06      Phoenix Financial Services,
                    PO Box 361450,    Indianapolis, IN 46236-1450
517087282         +E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 01 2019 00:40:56       Premier Bankcard, LLC,
                    Jefferson Capital Systems, LLC Assignee,    PO BOX 7999,   SAINT CLOUD MN 56302-7999
516926853         +E-mail/Text: clientservices@simonsagency.com Aug 01 2019 00:41:43       Simons Agency Inc.,
                    4963 Winterstreet Drive,    Liverpool, NY 13088-2176
516926855         +E-mail/Text: bnc-bluestem@quantum3group.com Aug 01 2019 00:41:32      Webbank/Fingerhut,
                    6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
                                                                                               TOTAL: 20

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*              Ally Financial,   PO Box 130424,    Roseville, MN 55113-0004
516926827*      +Arcadia Recovery Bureau, LLC,   PO Box 6768,    Wyomissing, PA 19610-0768
516926829*       Capital One,   PO Box 30281,    Salt Lake City, UT 84130-0281
516926842*      +First Premier Bank,   3820 N. Louis Ave..,    Sioux Falls, SD 57107-0145
516926848*      +LVNV Funding, LLC,   PO Box 10497,    Greenville, SC 29603-0497
516926850*      +PennSTAR,   3400 Spruce Street,    HUP, Ravdin Bldg. 10th Floor,    Philadelphia, PA 19104-4238
517087305*      +Premier Bankcard, Llc,   Jefferson Capital Systems LLC Assignee,    Po Box 7999,
                  Saint Cloud Mn 56302-7999
                                                                                          TOTALS: 0, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2019 at the address(es) listed below:
```
              Brian C. Nicholas    on behalf of Creditor    Colonial Savings, F.A. bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Conika Majumdar    on behalf of Creditor    Fidelity National Title Insurance Company
               conika.majumdar@fnf.com
              David K Cuneo     on behalf of Debtor Ernest C Young cuneoesq@gmail.com
              Denise E. Carlon    on behalf of Creditor    Colonial Savings, F.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              John R. Morton, Jr.    on behalf of Creditor    Ally Financial ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    Colonial Savings, F.A. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Nona Ostrove    on behalf of Debtor Ernest C Young nostrove@ostrovelaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 10
```