UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Colonial Savings, F.A.

In Re:

Ernest Young,

Debtor.

Case No.:      17-23830-JNP

Chapter:            13

Hearing Date:    8/13/2019

Judge:           Poslusny

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled            ☐ Withdrawn

Matter: Motion for Relief re: 420 Myrtle Avenue, Lindenwold, NJ (Docket # 45)

_____

Date: 8/12/2019                              /s/ Denise Carlon
                                             Signature

*rev.8/1/15*