UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Law Offices of Nona L. Ostrove, LLC
1000 White Horse Rd., Suite 703
Voorhees, NJ 08043
856-566-4200; (Fax) 566-566-4203
By:  Nona L. Ostrove, Esq.

Order Filed on September 6,
2019 by Clerk U.S. Bankruptcy
Court District of New Jersey

In Re:

Ernest C. Young

Case No.:         17-23830

Chapter:            13

Judge:              JNP

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: September 6, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Law Offices of Nona L. Ostrove, LLC_____, the applicant, is allowed a fee of $ _____2460.00_____ for services rendered and expenses in the amount of $_____31.00_____ for a total of $_____2491.00_____ . The allowance is payable:

    ☒ through the Chapter 13 plan as an administrative priority.

    ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*