UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Law Offices of Nona L. Ostrove, LLC
1000 White Horse Rd., Suite 703
Voorhees, NJ 08043
856-566-4200; (Fax) 566-566-4203
By:  Nona L. Ostrove, Esq.

Order Filed on September 6, 2019 by Clerk U.S. Bankruptcy Court District of New Jersey

In Re:

Ernest C. Young

Case No.: 17-23830

Chapter: 13

Judge: JNP

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: September 6, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Law Offices of Nona L. Ostrove, LLC_____, the applicant, is allowed a fee of $ \_\_\_\_\_2460.00\_\_\_\_\_ for services rendered and expenses in the amount of $\_\_\_\_\_31.00\_\_\_\_\_ for a total of $\_\_\_\_\_2491.00\_\_\_\_\_ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Ernest C Young  
    Debtor

Case No. 17-23830-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Sep 06, 2019  
                     Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2019.  
db          +Ernest C Young,    420 Myrtle Ave.,    Lindenwold, NJ 08021-1748

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                       TOTAL: 0

               ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2019                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2019 at the address(es) listed below:

           Brian C. Nicholas     on behalf of Creditor     Colonial Savings, F.A. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Conika Majumdar     on behalf of Creditor     Fidelity National Title Insurance Company conika.majumdar@fnf.com  
           David K Cuneo     on behalf of Debtor Ernest C Young cuneoesq@gmail.com  
           Denise E. Carlon     on behalf of Creditor     Colonial Savings, F.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
           Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
           John R. Morton, Jr.     on behalf of Creditor     Ally Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
           Kevin Gordon McDonald     on behalf of Creditor     Colonial Savings, F.A. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Nona Ostrove     on behalf of Debtor Ernest C Young nostrove@ostrovelaw.com  
           U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                          TOTAL: 10