Certificate Number: 14424-NJ-DE-033455472

Bankruptcy Case Number: 17-23830



14424-NJ-DE-033455472

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 24, 2019</u>, at <u>6:53</u> o'clock <u>AM EDT</u>, <u>Ernest Young</u> completed a course on personal financial management given <u>by internet</u> by <u>Financial Education Services, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>September 24, 2019</u>          By:   <u>/s/Mabelyn Ramirez</u>

Name:   <u>Mabelyn Ramirez</u>

Title:   <u>Instructor</u>