UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Law Offices of Nona L. Ostrove, LLC
1000 White Horse Road, Suite 703
Voorhees, NJ 08043
856-566-4200; Fax 856-566-4203
Attorneys for Debtor
By:   Nona L. Ostrove, Esq. NO 2942

**Order Filed on November 5, 2019 by Clerk U.S. Bankruptcy Court District of New Jersey**

In Re:

ERNEST C. YOUNG, DEBTOR

| | |
|---|---|
| Case Number: | 17-23830/JNP |
| Hearing Date: | 10/29/2019 |
| Judge: | JNP |
| Chapter: | 13 |

Recommended Local Form:    ☒ Followed    ☐ Modified

## ORDER TO AVOID LIEN(S) IN A CHAPTER 13 CASE
## PURSUANT TO 11 U.S.C. § 522(f)

The relief set forth on the following page is **ORDERED**.

**DATED: November 5, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

This matter was presented to the Court by the debtor on a Motion to Avoid Judicial Lien(s) on the property described as <u>420 Myrtle Ave. Lindenwold, NJ 08021.</u>, and it is hereby

ORDERED that the following judicial lien(s) is (are) avoided (list liens):

1. <u>Fidelity National Title Insurance Company docketed in the Superior Court of NJ under Judgment No. DJ-105771-14 on June 18, 2014 in the amount of $70,791.00.</u>

2. _____

3. _____

and it is hereby further

ORDERED that the debtor may avoid the above referenced lien(s) and have same canceled of record as to the property, provided the debtor is granted a discharge in this chapter 13 case or in a succeeding Chapter 7 case in the event of conversion to Chapter 7 under Title 11 of the United States Code.

*rev.8/1/15*