UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Law Offices of Nona L. Ostrove, LLC
1000 White Horse Road, Suite 703
Voorhees, NJ 08043
856-566-4200; Fax 856-566-4203
Attorneys for Debtor
By:  Nona L. Ostrove, Esq. NO 2942

Order Filed on November 5, 2019 by Clerk U.S. Bankruptcy Court District of New Jersey

In Re:

ERNEST C. YOUNG, DEBTOR

| | |
|---|---|
| Case Number: | 17-23830/JNP |
| Hearing Date: | 10/29/2019 |
| Judge: | JNP |
| Chapter: | 13 |

Recommended Local Form:    ☒ Followed    ☐ Modified

# ORDER TO AVOID LIEN(S) IN A CHAPTER 13 CASE
# PURSUANT TO 11 U.S.C. § 522(f)

The relief set forth on the following page is **ORDERED**.

**DATED: November 5, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

This matter was presented to the Court by the debtor on a Motion to Avoid Judicial Lien(s) on the property described as _____420 Myrtle Ave. Lindenwold, NJ 08021._____, and it is hereby

ORDERED that the following judicial lien(s) is (are) avoided (list liens):

1. Fidelity National Title Insurance Company docketed in the Superior Court of NJ under Judgment No. DJ-105771-14 on June 18, 2014 in the amount of $70,791.00.
2. _____
3. _____

and it is hereby further

ORDERED that the debtor may avoid the above referenced lien(s) and have same canceled of record as to the property, provided the debtor is granted a discharge in this chapter 13 case or in a succeeding Chapter 7 case in the event of conversion to Chapter 7 under Title 11 of the United States Code.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Ernest C Young  
  Debtor

Case No. 17-23830-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1   User: admin   Page 1 of 1   Date Rcvd: Nov 05, 2019  
          Form ID: pdf903   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2019.  
db          +Ernest C Young,    420 Myrtle Ave.,    Lindenwold, NJ 08021-1748

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2019                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2019 at the address(es) listed below:  
              Brian C. Nicholas    on behalf of Creditor    Colonial Savings, F.A. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
              Conika  Majumdar     on behalf of Creditor    Fidelity National Title Insurance Company conika.majumdar@fnf.com  
              David K Cuneo    on behalf of Debtor Ernest C Young cuneoesq@gmail.com  
              Denise E. Carlon    on behalf of Creditor    Colonial Savings, F.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
              Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com  
              John R. Morton, Jr.    on behalf of Creditor    Ally Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
              Kevin Gordon McDonald     on behalf of Creditor    Colonial Savings, F.A. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
              Nona  Ostrove    on behalf of Debtor Ernest C Young nostrove@ostrovelaw.com  
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                             TOTAL: 10