**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Ernest C Young<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2258<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–23830–JNP | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Ernest C Young

11/20/19

**By the court:** Jerrold N. Poslusny Jr.
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 17-23830-JNP
Ernest C Young                                                                  Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin                Page 1 of 2           Date Rcvd: Nov 20, 2019
                               Form ID: 3180W             Total Noticed: 51

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 22, 2019.
db             +Ernest C Young,    420 Myrtle Ave.,    Lindenwold, NJ 08021-1748
cr             +Fidelity National Title Insurance Company,     Fidelity National Title Insurance Compan,
                 601 Riverside Avenue,    Jacksonville, FL 32204-2901
516926825       Apex Asset Management L.L.C.,    2501 Oregon Pike,    Suite 102,    Lancaster, PA 17601-4890
516926826      +Arcadia Recovery Bureau, LLC,    PO Box 6768,    Wyomissing, PA 19610-0768
518172713      +Charlene Cathcart, Esq.,    211 South White Horse Pike,    Audubon, NJ 08106-1306
516926830       Colonial  Savings F.A.,    PO Box 1301,    Fort Worth, TX 76101-1301
518172715      +Cooper Physician,    1 Cooper Plaza,    Camden, NJ 08103-1461
517100297       Cooper University Health Care,    PO Box 95000-4345,    Philadelphia, PA 19195-4345
518172714      +Cooper University Health Care,    1 Cooper Plaza,    Camden, NJ 08103-1461
518172707      +Dajave Weeks,    279 South Black Horse Pike,    Mt. Ephraim, NJ 08059-2123
516926834      +Dana B. Ostrovsky, Esq.,    Fidelity National Law Group,    1515 Market Street, Suite 1410,
                 Philadelphia, PA 19102-1913
516926835      +David Cuneo, Esq.,    885 Haddon Ave.,    Collingswood, NJ 08108-1941
518172706      +Derrick Mallon,    159 Cross-Keys Road,    Berlin, NJ 08009-9478
516926836       Emerg Phy Assoc of S. Jersey, PC,    PO Box 1109,    Minneapolis, MN 55440-1109
516926837      +Eye Physicians PC,    1140 White Horse Road,    Suite #1,    Voorhees, NJ 08043-2106
516926838      +Faloni & Associates, LLC,    165 Passaic Ave,    Suite 301B,    Fairfield, NJ 07004-3592
516926840      +Fidelity National Title Insurance Co.,    601 Riverside Ave.,    Jacksonville, FL 32204-2901
516926839     #+Fidelity National Title Insurance Co.,    1515 Market Street,    1325,
                 Philadelphia, PA 19102-1930
516926843      +Gem Ambulance Service,    1750 Cedar Bridge Ave.,    Lakewood, NJ 08701-6921
518172712      +Jason C. Pollack, Esq.,    211 South White Horse Pike,    Audubon, NJ 08106-1306
516926844       Jewell Devereaux II,    1041 Belmont Ave.,    Philadelphia, PA 19104-1211
517100298       John D. Kernan, D.M.D.,    658 Cumberland Blvd.,    Westmont, NJ 08108-3642
516926846      +KML Law Group, P.C.,    216 Haddon Ave.,    Suite 406,    Collingswood, NJ 08108-2812
516926845      +Kayla Gamar-Young,    420 Myrtle Ave.,    Lindenwold, NJ 08021-1748
518172709      +Mason Mallon,    120 Clementon Rd.,    Gibbsboro, NJ 08026-1149
518172710      +Michael C. Dennin, Esq.,    Law Offices of Vincent J. Ciecka,    5709 Westfield Ave.,
                 Pennsauken, NJ 08110-1837
516926849      +PennSTAR,    3400 Spruce Street,    HUP, Ravdin Bldg. 10th Floor,    Philadelphia, PA 19104-4238
518172708      +Regina D. Matteo,    998 Clements Bridge Rd.,    Barrington, NJ 08007-1411
518172711      +Robert Kaplan, Esq.,    Margolis, Edelstein,    100 Century Parkway, Suite 200,    PO Box 5084,
                 Mt. Laurel, NJ 08054-5084
516926854      +Valentine & Kebartas, LLC,    PO Box 325,    Lawrence, MA 01842-0625

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 21 2019 00:52:45     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 21 2019 00:52:40      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516972971       EDI: GMACFS.COM Nov 21 2019 05:13:00      Ally Financial,    PO Box 130424,
                 Roseville MN 55113-0004
516926824       EDI: GMACFS.COM Nov 21 2019 05:13:00      Ally Financial,    PO Box 380901,
                 Minneapolis, MN 55438-0901
517100295      +EDI: RMCB.COM Nov 21 2019 05:13:00      American Medical Collection Agency,
                 4 Westchester Plaza,    Building 4,    Elmsford, NY 10523-1615
517100296       E-mail/Text: info@chcollects.com Nov 21 2019 00:53:33      C&H Collection,    PO Box 1399,
                 Merchantville, NJ 08109-0399
516926828       EDI: CAPITALONE.COM Nov 21 2019 05:13:00      Capital One,    PO Box 30281,
                 Salt Lake City, UT 84130-0281
516926831      +E-mail/Text: bankruptcydesk@colonialsavings.com Nov 21 2019 00:53:04      Colonial Savings F.A.,
                 2626 West Freeway,    Suite 1900,    Fort Worth, TX 76102-7109
517156917      +E-mail/Text: bankruptcydesk@colonialsavings.com Nov 21 2019 00:53:04      Colonial Savings, F.A.,
                 2626 W FWY,    Fort Worth, TX 76102-7109
516926832       EDI: WFNNB.COM Nov 21 2019 05:13:00      Comenity Bank,    Attn: Bankruptcy Dept,    PO Box 182125,
                 Columbus, OH 43218-2125
516926833       E-mail/PDF: creditonebknotifications@resurgent.com Nov 21 2019 01:02:21      Credit One Bank,
                 PO Box 98873,    Las Vegas, NV 89193-8873
516926841      +EDI: AMINFOFP.COM Nov 21 2019 05:13:00      First Premier Bank,    3820 N. Louis Ave..,
                 Sioux Falls, SD 57107-0145
516926847      +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 21 2019 01:02:31      LVNV Funding, LLC,
                 PO Box 10497,    Greenville, SC 29603-0497
517075212       E-mail/PDF: resurgentbknotifications@resurgent.com Nov 21 2019 01:03:36
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517075185       E-mail/PDF: resurgentbknotifications@resurgent.com Nov 21 2019 01:02:29
                 LVNV Funding, LLC its successors and assigns as,    assignee of Santander Consumer USA,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516926851       E-mail/Text: info@phoenixfinancialsvcs.com Nov 21 2019 00:51:32      Phoenix Financial Services,
                 PO Box 361450,    Indianapolis, IN 46236
516926852       EDI: PRA.COM Nov 21 2019 05:13:00      Portfolio Recovery,    120 Corporate Blvd.,
                 Norfolk, VA 23502
```

```
District/off: 0312-1          User: admin              Page 2 of 2               Date Rcvd: Nov 20, 2019
                              Form ID: 3180W           Total Noticed: 51
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
517155725         EDI: PRA.COM Nov 21 2019 05:13:00      Portfolio Recovery Associates, LLC,    c/o Modells,
                 POB 41067,    Norfolk VA 23541
517087282        +EDI: JEFFERSONCAP.COM Nov 21 2019 05:13:00      Premier Bankcard, LLC,
                 Jefferson Capital Systems, LLC Assignee,    PO BOX 7999,   SAINT CLOUD MN 56302-7999
516926853        +E-mail/Text: clientservices@simonsagency.com Nov 21 2019 00:53:22      Simons Agency Inc.,
                 4963 Winterstreet Drive,    Liverpool, NY 13088-2176
516926855        +EDI: BLUESTEM Nov 21 2019 05:13:00      Webbank/Fingerhut,   6250 Ridgewood Road,
                 Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 21

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*              Ally Financial,    PO Box 130424,    Roseville, MN  55113-0004
516926827*      +Arcadia Recovery Bureau, LLC,    PO Box 6768,    Wyomissing, PA 19610-0768
516926829*       Capital One,   PO Box 30281,    Salt Lake City, UT 84130-0281
516926842*      +First Premier Bank,    3820 N. Louis Ave..,    Sioux Falls, SD 57107-0145
516926848*      +LVNV Funding, LLC,    PO Box 10497,    Greenville, SC 29603-0497
516926850*      +PennSTAR,   3400 Spruce Street,    HUP, Ravdin Bldg. 10th Floor,   Philadelphia, PA 19104-4238
517087305*      +Premier Bankcard, Llc,    Jefferson Capital Systems LLC Assignee,    Po Box 7999,
                 Saint Cloud Mn 56302-7999
518172716      ##+Kayla Young, as Guardian for A.Y.,    420 Myrtle Ave.,    Lindenwold, NJ 08021-1748
                                                                                   TOTALS: 0, * 7, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 20, 2019 at the address(es) listed below:
```
              Brian C. Nicholas    on behalf of Creditor    Colonial Savings, F.A. bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Conika  Majumdar    on behalf of Creditor    Fidelity National Title Insurance Company
               conika.majumdar@fnf.com
              David K Cuneo    on behalf of Debtor Ernest C Young cuneoesq@gmail.com
              Denise E. Carlon    on behalf of Creditor    Colonial Savings, F.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              John R. Morton, Jr.    on behalf of Creditor    Ally Financial ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    Colonial Savings, F.A. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Nona  Ostrove    on behalf of Debtor Ernest C Young nostrove@ostrovelaw.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 10
```